**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 13, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation; ANITA HANSEN; JULIE FARRAR, on behalf of themselves and all others similarly situated,

    Plaintiffs - Appellees,

and

BENJAMIN HERNANDEZ; ROBERT SIROWITZ; JOSHUA STAPEN; ROBIN STEPHENS,

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO.; ABERCROMBIE & FITCH STORES, INC.; J.M. HOLLISTER LLC, d/b/a Hollister Co.,

    Defendants - Appellants.

-------------------------------

UNITED STATES OF AMERICA; LEGAL CENTER FOR PEOPLE WITH DISABILITIES AND OLDER PEOPLE; AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES; CENTER FOR RIGHTS OF PARENTS WITH DISABILITIES; DISABILITY RIGHTS AND ADVOCATES; DISABILITY RIGHTS EDUCATION AND DEFENSE FUND; DISABILITY RIGHTS LEGAL CENTER; LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER; NATIONAL DISABILITY RIGHTS NETWORK; NATIONAL

No. 13-1377

FEDERATION OF THE BLIND,

    Amici Curiae.

_____

**ORDER**

_____

Before **KELLY**, **TYMKOVICH**, and **McHUGH**, Circuit Judges.

_____

    This matter was argued by counsel and submitted to the court. Mark Knueve argued for the Appellants. Amy Robertson argued for the Appellees. Sasha Samberg-Champion argued for the Amici Curiae.

    Entered for the Court

    ELISABETH A. SHUMAKER
    Clerk of the Court