IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

No. 13-1377

COLORADO CROSS-DISABILITY COALITION, *et al.*,

Plaintiffs-Appellees

v.

ABERCROMBIE & FITCH CO., *et al.*,

Defendants-Appellants
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
_____

UNITED STATES' MOTION FOR
WITHDRAWAL OF COUNSEL
_____

The United States as *Amicus Curiae* respectfully moves to withdraw Sasha Samberg-Champion as counsel of record in the above-captioned case. Mark L. Gross has submitted an entry of appearance and will assume the role of lead counsel on behalf of the United States.

- 2 -

WHEREFORE, the United States respectfully requests that Sasha Samberg-Champion be withdrawn as lead counsel in the above-captioned case.

        Respectfully submitted,

        JOCELYN SAMUELS
         Acting Assistant Attorney General

        <u>s/ Sasha Samberg-Champion</u>
        MARK L. GROSS
        SASHA SAMBERG-CHAMPION
         Attorneys
         U.S. Department of Justice
         Civil Rights Division
         Appellate Section
         Ben Franklin Station
         P.O. Box 14403
         Washington, D.C. 20044-4403
         (202) 307-0714

## CERTIFICATE OF DIGITAL SUBMISSION

I certify that the electronic version of the foregoing UNITED STATES' MOTION FOR WITHDRAWAL AS COUNSEL prepared for submission via ECF, complies with all required privacy redactions per Tenth Circuit Rule 25.5, is an exact copy of the paper copies submitted to the Tenth Circuit Court of Appeals, and has been scanned with the most recent version of Trend Micro Office Scan (version 8.0) and is virus-free.

                                                              s/ Sasha Samberg-Champion
                                                              SASHA SAMBERG-CHAMPION
                                                                Attorney

Date:  June 20, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, I electronically filed the foregoing UNITED STATES' MOTION FOR WITHDRAWAL AS COUNSEL with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via the appellate CM/ECF system.

                                                s/ Sasha Samberg-Champion
                                                SASHA SAMBERG-CHAMPION
                                                 Attorney